UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARRIE A. WEBB, | |
| Plaintiff, | No.   2:13-CV-186-FVS |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g), and Judgment is entered for Plaintiff.

DATED:  April 16, 2014

SEAN F. McAVOY
Clerk of Court

By: _s/Penny Lamb_
Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**